O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR09-27-CAS |
| | ) | |
| Plaintiff, | ) | REVOCATION ON PROBATION AND |
| v. | ) | JUDGMENT |
| | ) | |
| SU VAN HO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

On October 26, 2009, this matter came before the Court on a petition to show cause why probation should not be revoked filed October 14, 2008.  The Government, Bayron Gilchrist, the defendant and his retained attorney, Robert Snyder, were present.  The U.S. Probation Officer, Matthew Chheng, was also present.

The defendant admits the allegation in violation of the Petition on Probation and Supervised Release filed on October 14, 2009.

The Court finds that the defendant is in violation of the terms and conditions of his probation as set forth in the Judgment and Probation/Commitment Order of August 3, 2009. The defendant's probation is hereby revoked and reinstated under the same terms and conditions previously imposed.

///

///

///

1    IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States

2  Marshal or other qualified officer and that said copy shall serve as the commitment of

3  defendant.

4

5  FILE/DATED:  October 30, 2009

_____
CHRISTINA A. SNYDER
6                                                             UNITED STATES DISTRICT JUDGE

7

8                                                             TERRY NAFISI, CLERK OF COURT

9

10                                                           By:  ___/S/_____
                                                                    Catherine M. Jeang, Deputy Clerk
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2